Richard B. Goetz (S.B. # 115666)
rgoetz@omm.com
Carlos M. Lazatin (S.B. # 229650)
clazatin@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants
JOHNSON & JOHNSON, McNEIL-PPC,
INC., and JOHNSON & JOHNSON
CONSUMER PRODUCTS, INC.,

Scott Edward Cole, Esq. (S.B. #160744)
scole@scalaw.com
Matthew R. Bainer, Esq. (S.B. #220972)
mbainer@scalaw.com
Hannah R. Salassi, Esq. (S.B. #230117)
hsalassi@scalaw.com
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

Attorneys for Plaintiff
and the Putative Plaintiff Classes

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE A. BRITTON, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, McNEIL-PPC, INC., and JOHNSON & JOHNSON CONSUMER PRODUCTS, INC.,<br><br>Defendants. | Case No.   3:10-cv-04450-TEH<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:  Hon. Thelton E. Henderson<br>Courtroom:  12<br>Complaint Filed:  Oct. 1, 2010 |

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
3:10-cv-04450-TEH

4367373v.1

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for Plaintiff Charlene Britton and the putative Class ("Plaintiff") and the undersigned attorneys for Defendants Johnson & Johnson, McNeil-PPC, Inc., and Johnson Consumer Products, Inc. ("Defendants") that:

1.      Pursuant to Local Rule 6-1(a), the time for Defendants to answer, move with respect to, or otherwise respond to the Complaint in this action is hereby extended until and including December 2, 2010;

2.      A stipulation between the parties to extend Defendants' time to answer or otherwise respond to the Complaint to December 2, 2010, will not alter any event or deadline already fixed by Court Order;

3.      Execution of this stipulation is not a waiver of any claims or defenses Plaintiff or Defendants may otherwise have, and all such claims and defenses are expressly reserved by Plaintiff and Defendants; and

4.      Electronically reproduced or facsimile signatures on this stipulation shall have the same affect as original signatures.

Dated:  November 1, 2010                    O'MELVENY & MYERS LLP

                                By:    ___/s/ Richard B. Goetz_____
                                       Richard B. Goetz
                                400 South Hope Street
                                Los Angeles, California 90071-2899

                                Attorneys for Defendants Johnson & Johnson,
                                McNeil-PPC, Inc., and Johnson & Johnson
                                Consumer Products, Inc.

                                SCOTT COLE & ASSOCIATES, APC

                                By:    ___/s/ Scott Edward Cole_____
                                       Scott Edward Cole, Esq.
                                1970 Broadway, Ninth Floor
                                Oakland, California 94612

1

Attorneys for Plaintiff Representative Plaintiff
and the putative Plaintiff Classes

2

3

4

**ATTESTATION OF FILING PURSUANT TO GENERAL ORDER 45**

5

6

I hereby attest that we have obtained concurrence in the filing of this

7

document from plaintiff's counsel identified in the signature block above.

8

9

/s/ *Richard B. Goetz*

10

Richard B. Goetz
Attorneys for Defendants Johnson &
Johnson, McNeil-PPC, Inc., and
Johnson & Johnson Consumer
Products, Inc.

11

12

13

14



11/3/10

15

IT IS SO ORDERED

16

17

Judge Thelton E. Henderson

18

19

20

21

22

23

24

25

26

27

28

2