Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Hannah R. Salassi, Esq. (S.B. # 230117)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
email:  scole@scalaw.com
email:  mbainer@scalaw.com
email:  hsalassi@scalaw.com
Web:   www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLENE A. BRITTON, ITAK MORADI, KATHY PAHIGIAN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON, McNEIL-PPC, INC., and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>　　　　　　　Defendants. | Case No. 3:10-cv-04450-TEH<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CHARLENE A. BRITTON AS A NAMED PARTY AND CLASS REPRESENTATIVE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)] |

**EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:**

**NOTICE IS HEREBY GIVEN** that Representative Charlene Britton hereby dismisses her individual claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This Notice pertains only to Ms. Britton's status as a named party and does not dismiss this action or any element thereof with respect to the claims asserted by Plaintiffs Itak Moradi and Kathy Pahigian individually, and on behalf of all others similarly situated. Dismissal without a court order is proper because Defendants Johnson & Johnson, McNeil-PPC, Inc., and

Johnson & Johnson Consumer Companies, Inc. have not yet filed an Answer to Plaintiffs' December 28, 2010 Operative First Amended Complaint. *Dckt No.* 22.

Dated: December 30, 2010              **SCOTT COLE & ASSOCIATES, APC**

                                      By:   /s/Molly A. DeSario
                                            Molly A. DeSario, Esq.
                                            Attorneys for Representative Plaintiffs
                                            and the Plaintiff Classes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
01/03/2011
IT IS SO ORDERED
Judge Thelton E. Henderson

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

-2-
Notice of Voluntary Dismissal Without Prejudice of Charlene A. Britton